

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2022

No. 04-21-00524-CV

Janet **THOME**,
Appellant

v.

**GUADALUPE- BLANCO RIVER AUTHORITY**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1094-CV-A
Jan P. Patterson, Judge Presiding

## O R D E R

After we granted Appellee's first and second motions for extension of time to file the brief, Appellee's brief was due on June 20, 2022. *See* TEX. R. APP. P. 38.6(b), (d). On the twice-extended due date, Appellee filed an unopposed third motion for an extension of time to file the brief until July 20, 2022. *See id.* R. 10.5(b). Appellee states that the parties are engaged in negotiations to settle their dispute, and Appellee seeks more time to reach a formal agreement.

Appellee's motion for extension of time is **granted**. Appellee's brief or a motion to dismiss the appeal is due on July 20, 2022.

**No further motions for extension of time to file Appellee's brief will be granted**. If the parties have not settled and Appellee fails to file a brief by July 20, 2022, this appeal will be set at issue and submitted without an Appellee's brief.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2022.



FILE COPY

MICHAEL A. CRUZ, Clerk of Court